No. 1070, Misc. RAGUSA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 1072, Misc. WALKER *v.* EYMAN. Supreme Court of Arizona. Certiorari denied.

No. 1076, Misc. BRABSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1077, Misc. MORRISON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1080, Misc. SPAULDING *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 1090, Misc. NELSON *v.* NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. *Leo Patrick McGowan* for petitioner. *William Maynard,* Attorney General of New Hampshire, *Elmer T. Bourque,* Deputy Attorney General, and *Alexander J. Kalinski,* Assistant Attorney General, for respondent.

No. 1091, Misc. SCELLATO *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1106, Misc. RUTLEDGE *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondent.